```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/10/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD RAHAMAN,

                Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

23 Civ. 9610 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 1, 2023, this case was transferred to the Court from the Southern District of Florida. ECF No. 8. Plaintiff, Mohammad Rahaman, has advised the Court that his Florida-based lawyer no longer intends to represent him in this action.

    By **January 17, 2024**, Plaintiff's counsel shall appear in this action and move to withdraw his representation of Rahaman, or otherwise inform the Court as to his intentions.

    SO ORDERED.

Dated: January 10, 2024
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge