UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD RAHAMAN,

        Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/2024_

23 Civ. 9610 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On November 1, 2023, this case was transferred to the Court from the Southern District of Florida. ECF No. 8. Plaintiff, Mohammad Rahaman, advised the Court that his Florida-based lawyer no longer intends to represent him in this action. The Court ordered Plaintiff's counsel to appear in this action and move to withdraw his representation of Rahaman, or otherwise inform the Court as to his intentions, by January 17, 2024. *See* ECF No. 14. That deadline has passed and Plaintiff's counsel has not appeared or communicated with the Court.

       Accordingly, by **January 30, 2024**, Plaintiff's counsel is ORDERED to appear and move to withdraw his representation, or otherwise inform the Court as to his intentions.

       SO ORDERED.

Dated: January 18, 2024
       New York, New York

ANALISA TORRES
United States District Judge